

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 21, 2013

Katherine L. Levy
Assistant District Attorney
501 S. Fillmore, Suite 5-A
Amarillo, TX 79101-2449

John Bennett
Attorney at Law
P. O. Box 19144
Amarillo, TX 79114

**RE:**    Case No. 07-12-00235-CR; 07-12-00236-CR
        Trial Court Case No. 63,052-A; 63,053-A
**Style:**    Ty Tuckness v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Peggy Culp*
PEGGY CULP, CLERK

xc:    Honorable Dan L. Schaap
      Caroline Woodburn